AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 22, 2026*

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Eliud Aguilar Velasquez | ) | Case No. **4:26-mc-397** |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 23, 2026____ in the county of ____Harris____ in the ____Southern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202 (3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Khalil, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date:   ____06/22/2026____

*Judge's signature*

City and state:   ____Houston, Texas____    Hon. Yvonne Y. Ho , United States Magistrate Judge
*Printed name and title*

**4:26-mc-397**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Adam Khalil, being duly sworn by telephone, hereby depose and say:

(1)    I am currently serving as a Deportation Officer with Immigration and Customs Enforcement (ICE), a position I have held since April 15, 2018. I possess over eight years of experience in immigration law enforcement.

(2)    On or about February 23, 2026, ICE was made aware of the unlawful presence of Eliud Aguilar Velasquez (hereinafter "Defendant") in the United States as a result of information provided by the Harris County Jail in Harris County, TX, at which time a detainer was placed.

(3)    On June 21, 2026, Defendant was transferred from the Harris County Jail to the custody of ICE at the Montgomery Processing Center (MPC) in Conroe, TX.

(4)    On June 22, 2026, ICE identified the Defendant as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b).

(5)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(6)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(7)    <u>Element One</u>: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(8)    <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):

1.  Removed 04/04/2022
2.  Removed 02/11/2009

(9)     Element Three: After deportation, the Defendant was subsequently found in the United States on or about February 23, 2026 in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I conducted a system query in the Alien Criminal Response Information Management System (ACRIMEe), to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On June 22, 2026, ACRIMEe returned negative results.

(10)    Element Four: The Defendant did not have permission to re-enter the United States. On June 22, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(11)    Prior criminal history:

a. On November 5, 2008, the Defendant was convicted in the 339th District Court, Harris County, Texas, for the offense of POSSESSION OF COCAINE LESS THAN ONE GRAM, under case number: 1190154. For this offense, a felony, the Defendant was sentenced to 120 days in county jail.
b. On November 5, 2008, the Defendant was convicted in the 339th District Court, Harris County, Texas, for the offense of EVADE ARREST W/MOTOR VEHICLE, under case number: 1190153. For this offense, a felony, the Defendant was sentenced to 120 days in county jail.
c. On March 30, 2022, the Defendant's case was dismissed in the County Criminal Court 11, Harris County, Texas, for the offense of ASSAULT-FAMILY MEMBER, under case number: 2398164.
d. On May 6, 2026, the Defendant was convicted in the 496th District Court, Harris County, Texas, for the offense of ASSAULT-FAMILY MEMBER, under case number: 1953363. For this offense, a misdemeanor, the Defendant was sentenced to one year in county jail.

On June 22, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, which accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

_____

Adam Khalil
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 22th day of June 2026, and I find probable cause.

_____

Hon. Yvonne Y. Ho
United States Magistrate Judge
Southern District of Texas